# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM STATEN, JR. | )<br>) |
|     Plaintiff, | )  Case No.  2:13-cv-00972-RCJ-CWH<br>) |
| vs. | )  **ORDER**<br>) |
| LOWES HIW, INC., | )<br>) |
|     Defendant. | )<br>) |

      This matter is before the Court on the parties' Stipulated Protective Order (#14), filed August 19, 2013.  The Court will approve the protective order to facilitate the exchange of discovery.  However, the parties have not made an individualized showing that a protective order is necessary to protect their secret or other confidential information or established that disclosure would cause an identifiable, significant harm.  *See e.g. Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).  Accordingly, any party seeking to seal attachments to any motion must seek leave to do so consistent with Local Rule 10-5(b) and all other applicable rules and law.

      **IT IS HEREBY ORDERED** that the parties' Stipulated Protective Order (#14) is **granted** subject to the modification that any party seeking to seal attachments to any motion must seek leave in a manner consistent with Local Rule 10-5(b) and all other applicable rules and law.

      DATED: August 20, 2013.

                                                              **C.W. Hoffman, Jr.**
                                                              **United States Magistrate Judge**