Malani L. Kotchka
Nevada Bar No. 0283
mkotchka@lionelsawyer.com
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
(702) 383-8888 (Telephone)
(702) 383-8845 (Fax)

Attorneys for Defendant
Lowe's HIW, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM STATEN, JR., an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LOWE'S HIW, INC., a Foreign ) <br> Corporation; DOES 1 through 10; ROES ) <br> CORPORATIONS/ENTITLES 1 through 10 ) <br> inclusive, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO.: 2:13-cv-00972-RCJ-CWH <br><br> STIPULATION AND ORDER FOR <br> DISMISSAL WITH PREJUDICE |

Plaintiff William Staten and Defendant Lowe's HIW, Inc., by and through their undersigned counsel, hereby stipulate and agree that this action shall be

…

…

…

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

1  dismissed with prejudice, with each party to bear his or its own attorney's fees and costs.

2  DATED this 14th day of November, 2013.

| ESTEBAN-TRINIDAD LAW, P.C. | LIONEL SAWYER & COLLINS |
|---|---|
| By: /s/ M. Lani Esteban-Trinidad<br>M. Lani Esteban-Trinidad<br>Amy M. Rose<br>4315 N. Rancho Drive, Suite 110<br>Las Vegas, Nevada 89130<br><br>Attorneys for Plaintiff | By: /s/ Malani L. Kotchka<br>Malani L. Kotchka<br>1700 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101<br><br>Attorneys for Defendant<br>Lowe's HIW, Inc. |

**ORDER**

Upon receipt and review of the foregoing Stipulation and good cause appearing therefor;

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear his or its own attorney's fees and costs.

_____
U.S. DISTRICT COURT JUDGE
ROBERT C. JONES

Dated: November 15, 2013

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2